```
                UNITED STATES DISTRICT COURT
                         FOR THE
                   DISTRICT OF VERMONT
```

Stephen Bain,                         :
    Petitioner,                   :
                                      :
       v.                            :    File No. 2:06-CV-59
                                      :
Robert Hofmann,                       :
    Respondent.                   :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 26, 2006. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The respondent's motion to dismiss (Paper 15) is **DENIED**, and petitioner's motion to amend his petition (Paper 22) is **GRANTED**. In addition, petitioner's remaining motions (Papers 14, 16 and 19) are **DENIED**.

Dated at Burlington, in the District of Vermont, this 15th day of November, 2006.

                        /s/ William K. Sessions III
                        William K. Sessions III
                        U. S. District Judge